**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| SHAYLA ARCHER, | ) | |
| | ) | CASE No.: 1:21-cv-338-HAB-SLC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAY-RANDOLPH DEVELOPMENTAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | | |

**STIPULATION FOR DISMISSAL**
_____

COME NOW the parties of record, by and through their respective counsel, and notify this Court that the claims of Plaintiff, Shayla Archer, have been amicably resolved against Defendant. The parties, therefore, now move this Court to dismiss Plaintiff's cause of action in its entirety against Defendant with prejudice. Each party to bear their own respective costs and fees.

Respectfully Submitted,

/s/ Vincent P. Antaki_____          /s/ Taylor J. Ferguson w/ permission___
Vincent P. Antaki                           Andrew Dutkanych, III
Reminger Co., LPA                           Taylor J. Ferguson
College Park Plaza                          BIESECKER DUTKANYCH & MACER, LLC
8909 Purdue Road, Suite 200                 144 North Delaware Street
Indianapolis, IN 46268                      Indianapolis, IN 46204
vantaki@reminger.com                        tferguson@bdlegal.com
***Counsel for Defendant,***                   ***Counsel for Plaintiff,***
***Jay-Randolph Developmental***               ***Shayla Archer***
***Services, Inc.***