# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| SHAYLA ARCHER, ) | |
| ) | CASE No.: 1:21-cv-338-HAB-SLC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JAY-RANDOLPH DEVELOPMENTAL ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL
_____

This matter comes before the Court on the parties' Stipulation for Dismissal. The Court, being duly advised in the premises, hereby GRANTS said Stipulation, and orders that any and all claims of the Plaintiff Shayla Archer against Defendant Jay-Randolph Developmental Services, Inc., shall be and hereby are dismissed with prejudice. Each party is to bear her/its own costs.

**SO ORDERED.**

Dated: _____                    _____
                                          Hon. Holly A. Brady
                                          United States District Court
                                          Northern District of Indiana

**Distribution**:
Taylor Ferguson
tferguson@bdlegal.com

Vincent P. Antaki
vantaki@reminger.com